**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**CONZUELLA TERRELL**                                                     **PLAINTIFF**

**v.**                                  **Civil No. 06-2020**

**JOHN MAPLES, Warden, McPherson Unit,**
**Arkansas Department of Correction**                        **DEFENDANT**

**O R D E R**

Now on this 28th day of July, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #8), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Terrell's Petition for Habeas Corpus relief under 28 U.S.C. § 2254 is hereby **dismissed as barred by the statute of limitations.**

**IT IS SO ORDERED.**

                                              **/s/Jimm Larry Hendren**
                                              **HON. JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**